In the Matter of JENNIFER SNIFFEN, Respondent, v ARTHUR WEYGANT, Appellant. (And Two Other Related Proceedings.)

Decided October 18, 2011

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the two-Justice dissent at the Appellate Division is not on a question of law (CPLR 5601 [a]).